IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:  12-cv-00999-MSK-CBS | FTR - Reporter Deck-Courtroom A402 |
| Date:             April 2, 2013 | Courtroom Deputy: Julie Dynes |

*Parties:*                                                                *Counsel:*

CHRISTINE WILLIAMS,                                Robert Oscar Fischel

    Plaintiff,

v.

OWNERS INSURANCE COMPANY,                Gregory R. Giometti
                                                                              Amanda M. Burke

    Defendant.

---

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONE STATUS CONFERENCE**
**Court in Session:        9:58 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's Notice and Request for Ruling (Docket No. 27, filed on 3/27/2013) and the defendant's response to the Notice (Docket No. 28, filed on 3/29/2013).

Mr. Fischel WITHDRAWS his Motion to Compel (Docket No. 22, filed on 1/25/2013).

The court address the parties regarding fees on Motions to Compel and the duty to meet and confer.

**Court in recess**:       **10:05 a.m.**
HEARING CONCLUDED.
Total time in court:    00:07

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.