IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 12-cv-00999-MSK-CBS

CHRISTINE WILLIAMS,

    Plaintiff,

v.

AUTO-OWNERS INSURANCE COMPANY,

    Defendant.

## FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a)(1), the following Final Judgment is hereby entered.

Pursuant to the Opinion and Order by Chief Judge Marcia S. Krieger (**Doc. #54**) filed on March 25, 2014, granting Defendant's Motion for Summary Judgment **(Doc. #36)** it is

ORDERED that:

Judgment is entered in favor of defendant and all claims in this action.  It is

FURTHER ORDERED that the case is closed.

Dated this 26th day March, 2014.

                              ENTERED FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK


                              s/Patricia Glover
                                Deputy Clerk